THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

        Plaintiff,

   v.

DEPARTMENT OF HEALTH AND HUMAN
SERVICES, *et al.*

        Defendant.

Civil Action No. 25-3017 (CJN)

## JOINT STATUS REPORT

Pursuant to the Court's December 5, 2025, Minute Order, the parties, by and through undersigned counsel, hereby files this Joint Status Report in this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.[1] In the aforesaid Minute Order, the Court ordered the parties to provide by January 9, 2026, an update regarding (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) the possibility of prioritizing documents responsive to Plaintiff's request[s] and any discussions regarding whether Plaintiff's request[s] can be narrowed; and (6) whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

Instantly, in response to parts 1, 2, and 3 of the Court's Minute Order, Defendant reports that the search for responsive records has been completed, and that Defendant has recovered

---

[1] The instant Joint Status Report is overdue by several months. The parties apologize for their oversight and promise to file timely Joint Status Reports in the future.

122,793 pages of potentially responsive records for this litigation. The parties will discuss ways in which the scope of the FOIA request can be narrowed. .

Further, in response to parts 4, 5, and 6 of the Court's Minute Order, Defendant reports that it does not believe an *Open America* stay is likely at this time, and that the parties have not had any discussions about the prioritizing of documents responsive to the FOIA request. It is also premature at this time to propose briefing schedules since Defendant, as stated above, still needs to complete processing of any responsive records.

Plaintiff has shared with Defendant its position that CMS has consistently reported estimated page counts in multiple FOIA cases that are several orders of magnitude higher than the accurate count. Following multiple rounds of discussions with CMS, represented by various Assistant United States Attorneys, Plaintiff notes that CMS was ultimately able to re-run its searches and reduce the estimate page counts in another case (Case No. 1:25-cv-3199) by approximately 90%. Plaintiff is extraordinarily dubious that 122,793 pages of responsive records exist in this case, and respectfully requests that the parties confer in an effort to particularize the search process and exclude non-responsive records from the count.

The parties request that they file their next Joint Status Report on or before July 20, 2026, at which time they expect they will have further details regarding the status of the FOIA request.

Dated: June 23, 2026

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
 (202) 252-6653

2

Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399

*Attorney for Plaintiff*

3