THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>Defendant. | Civil Action No. 25-3017 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 7, 2026, Minute Order, the parties, by and through undersigned counsel, hereby files this Joint Status Report in this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. As previously reported, Defendant reports that it has recovered 122,793 pages of potentially responsive records for this litigation. Plaintiff asked Defendant for a hit count and this hit count was provided on October 27, 2026, along with responses to follow up questions posed by Plaintiff. However, the hit count identifies the number of documents, rather than the number of pages at issue.

The parties will continue to discuss ways in which to proceed and will update the Court with respect to their negotiations in the next Joint Status Report. If an impasse is reached, an appropriate motion will be filed.

Dated: October 27, 2026

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Fithawi Berhane</u>*

FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*

Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399

*Attorney for Plaintiff*